No. 1379. People, Appellee, v. Rovira, Appellant.—Involuntary homicide. Guayama. March 27, 1919. *Affirmed.*

No. 406. Ramírez, Appellant, v. Registrar of Caguas, Respondent.—Administrative appeal. March 27, 1919. *Reversed.*

No. ——. Llompart et al., Appellees, v. Díaz, Appellant.—Mortgage debt. Humacao. March 28, 1919. *Reconsideration denied.*

No. 1381. People, Appellant, v. López, Appellee.—Libel. San Juan, Section 2. March 28, 1919. *Motion to dismiss overruled.*

No. 250. Llompart et al., Petitioners, v. Cuevas Zequeira, District Judge, Respondent.—Certiorari. March 31, 1919. *Petition denied.*

No. 1395. People, Appellee, v. Arnau, Appellant.—Petty larceny. San Juan, Section 2. April 4, 1119. *Appeal withdrawn.*

No. ——. Sobrino, Appellee, v. De Jesús et al., Appellants.—Debt. Arecibo. April 4, 1919. *Dismissed.*

No. 1357. People, Appellee, v. Méndez et al., Appellants.—Breach of the peace. Aguadilla. April 7, 1919.

No. 1382. People, Appellee, v. Martínez, Appellant.—Burglary. San Juan, Section 2. April 7, 1919. *Affirmed.*

No. 1934. Wolkers, Appellant, v. Masson, Appellee.—Divorce. (*Litis Expensas.*) San Juan, Section 2. April 7, 1919. *Reversed.*